# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1043**
**CA 13-00727**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND SCONIERS, JJ.

---

ROBERT BAUMAN AND JEANNINE BAUMAN,
PLAINTIFFS-APPELLANTS,

V                                                                    ORDER

DEBRA MAYNARD, WENDY FARREN, CHARLENE DEYOUNG,
DEFENDANTS-RESPONDENTS,
ET AL., DEFENDANT.

---

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARK C. DAVISON OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS.

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP, ROCHESTER (J.
MICHAEL WOOD OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from a judgment of the Supreme Court, Monroe County
(Matthew A. Rosenbaum, J.), entered August 20, 2012. The judgment,
among other things, dismissed plaintiffs' complaint following a
nonjury trial.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  November 8, 2013                          Frances E. Cafarell
                                                    Clerk of the Court